ACCEPTED
01-14-00561-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 5:28:52 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00561-CR

| | | |
|---|---|---|
| **JONATHAN ROSARIO** | § | **IN THE FIRST DISTRICT** |
| | § | |
| **vs.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 5:28:52 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF THE FOURTH COURT OF APPEALS:

NOW COMES Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County and Counsel for the State of Texas, and files this Motion asking that the Court extend the time for filing the State's brief.

Jonathan Rosario, Appellant, filed a notice of appeal on June 16, 2014 in the Fourth Court of Appeals. The case was then transferred to the First Court of Appeals. The Clerk's Record was filed on September 2, 2014, and the Reporter's Record was filed December 30, 2014. Appellant's brief was filed April 29, 2015. After a first motion for extension of time, Appellee's brief was due June 29, 2015. Appellee now files this second motion for extension and the State requests a 3 day extension.

This extension is not sought for the purpose of delaying this appeal. State requests an extension for the following reasons:

1) Counsel would like more time to research and write this brief.

2) Counsel has recently been working on the following matters and briefs in:
   a. <u>In the Interest of R.C., A Child</u>, 04-15-00082-CV, parental termination, filed on May 26, 2015;
   b. <u>Frank Lara v. State</u>, 04-14-00553-CR, compelling prostitution, due July 8, 2015; and,
   c. <u>Ex parte Luna,</u> 04-14-00123-CR, habeas corpus application, filed June 11, 2014
   d. Counsel was out of the office May 27, 28, and 29, 2015 for training and June 16, 2015.
   e. Counsel is preparing an inter-office Case Law Update.

Therefore, counsel respectfully asks the Court to grant this extension time to file the State's brief in this case.

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays that the Court grant an extension of time to July 2, 2015, for filing the State's brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

Respectfully submitted,

NICHOLAS "Nico" LAHOOD
Criminal District Attorney
Bexar County, Texas

*/s/ Laura E. Durbin*
_____
**Laura E. Durbin**
State Bar No. 24068556
Assistant Criminal District Attorney
Paul Elizondo Tower
101 W. Nueva Street
San Antonio, Texas 78205-3030
Phone: (210) 335-2411
Fax: (210) 335-2436
Email: laura.durbin@bexar.org
Attorney on Appeal

## CERTIFICATE OF SERVICE

I, Laura E. Durbin, Assistant District Attorney, Bexar County, Texas, certify that a copy of the foregoing motion served to Appellant's counsel, Michael Gross at Lawofcmg@gmail.com, on this 29th day of June, 2015.

*/s/ Laura E. Durbin*
_____
**Laura E. Durbin**